# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **KIMBERLY ADAMS AND JESSE ADAMS**, on behalf of themselves and all others similarly situated, | Case No.: 1:14-cv-656-SSB-SKB |
| Plaintiffs, | Judge Sandra S. Beckwith |
| vs. | **PLAINTIFFS' COUNSEL'S MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND CLASS REPRESENTATIVE CONTRIBUTION AWARDS** |
| **EAGLE FINANCIAL SERVICES, INC. D/B/A EAGLE LOAN COMPANY OF OHIO, INC.**, | |
| Defendant. | |

Pursuant to the Settlement Agreement in this action, Plaintiffs' Counsel respectfully moves the Court for an order approving the payment of (1) $125,000 for attorney fees (25% of the $500,000 common fund); (2) $4,673.60 for reimbursement of expenses; and (3) $5,000 in aggregate for Class Representative contribution awards.  The legal and factual bases supporting this Motion are fully set forth in the attached Memorandum, Declarations and Exhibits, as well as Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement [ECF No. 20] incorporated herein by reference.  A proposed Order granting this Motion will be provided as an attachment to the Motion for Final Approval of the Class Action Settlement.

Respectfully submitted,

*/s/ Todd B. Naylor*
Jeffrey S. Goldenberg, Esq.  (0063771)
Todd B. Naylor, Esq. (0068388)
GOLDENBERG SCHNEIDER, L.P.A.
One West Fourth Street, 18th Floor
Cincinnati, Ohio 45202
Telephone:  (513) 345-8291
Facsimile:   (513) 345-8294

/s/ Christian A. Jenkins
Christian A. Jenkins (0070674)
Minnillo & Jenkins Co., LPA
2712 Observatory Avenue
Cincinnati, Ohio  45208
Tel:  (513) 723-1600
Fax:  (513) 723-1620
cjenkins@minnillojenkins.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to send notification of such filing to all counsel of record.

/s/Todd B. Naylor
Todd B. Naylor